AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 05 - 333

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___1___ COPIES OF AO FORM 85.

___5-26-05___
(Date forms issued)

___[signature]___
(Signature of Party or their Representative)

___Shaun Lang___
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

Case 1:05-cv-00333-GMS  Document 1-4  Filed 05/26/2005  Page 2 of 2