IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICOLE STEWART SIZER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 05-333 GMS |
| | ) | |
| INDEPENDENT NEWSPAPERS, INC., | ) | |
| a Delaware Corporation, | ) | |
| | ) | |
| Defendant. | | |

### NOTICE OF SERVICE

I, Barry M. Willoughby, Esquire, hereby certify that on August 1, 2005, I caused two copies of the Notice of Service of and Defendant's First Set of Interrogatories Directed to Plaintiff and Defendant's First Request for Production of Documents Directed to Plaintiff to be served upon the following counsel of record:

<u>Via First Class Mail</u>
Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19901

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Barry M. Willoughby
Barry M. Willoughby, Esquire (No. 1016)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19879-0391
Telephone: (302) 571-6666; 5008
Facsimile: (302) 576-3345; 3476
bwilloughby@ycst.com
mdibianca@ycst.com
Attorneys for Defendant

Dated: August 1, 2005

DB01:1721666 1                                                                                        009626.1038

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2005, I electronically filed a true and correct copy of the foregoing Notice of Service and Certificate of Service of Defendant's First Set of Interrogatories Directed to Plaintiff and Defendant's First Request for Production of Documents Directed to Plaintiff with the Clerk of the Court using CM/ECF. A copy of such Notice of Service and Certificate of Service of and copies of Defendant's First Set of Interrogatories Directed to Plaintiff and Defendant's First Request for Production of Documents Directed to Plaintiff were mailed, First Class Mail, postage prepaid to the following person:

> Noel E. Primos, Esquire
> Schmittinger & Rodriguez
> 414 South State Street
> P.O. Box 497
> Dover, DE 19903

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Barry M. Willoughby, Esquire (No. 1016)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; 5008
Facsimile: (302) 576-3345; 3476
bwilloughby@ycst.com
mdibianca@ycst.com
Attorneys for Defendant

Dated: August 1, 2005