IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE STEWART SIZER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 05-333 GMS |
| ) | |
| INDEPENDENT NEWSPAPERS, INC., ) | |
| a Delaware Corporation, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF DEPOSITION

TO:  Noel E. Primos, Esquire
     Schmittinger & Rodriguez
     414 South State Street
     P.O. Box 497
     Dover, DE 19903

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Nicole Stewart Sizer on Wednesday, September 21, 2005, beginning at 10:00 a.m. and continuing thereafter from hour to hour and day to day until completion. The deposition will be held in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ B-

Barry M. Willoughby, Esquire (No. 1016)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19879-0391
Telephone: (302) 571-6666; 5008
Facsimile: (302) 576-3345; 3476
bwilloughby@ycst.com; mdibianca@ycst.com
Attorneys for Defendant

Dated: August 10, 2005

DB01:1803120.1                                                          040111.1008

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2005, I electronically filed a true and correct copy of the foregoing Notice of Deposition and Certificate of Service with the Clerk of the Court using CM/ECF. A copy of such Notice of Deposition and Certificate of Service were mailed, First Class Mail, postage prepaid to the following person:

>Noel E. Primos, Esquire
>Schmittinger & Rodriguez
>414 South State Street
>P.O. Box 497
>Dover, DE 19903

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Barry M. Willoughby, Esquire (No. 1016)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; 5008
Facsimile: (302) 576-3345; 3476
bwilloughby@ycst.com
mdibianca@ycst.com
Attorneys for Defendant

Dated: August 10, 2005