IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

NICOLE STEWART SIZER,         *   C. A. No. 05-333 GMS
                              *
           Plaintiff,      *
                              *
    v.                         *
                              *
INDEPENDENT NEWSPAPERS,      *
INC., a Delaware corporation,  *
                              *
        Defendant.      *

### *NOTICE OF SERVICE*

I hereby certify that I have caused copies of the following:

### *PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANT*
and
### *PLAINTIFF'S FIRST REQUEST FOR PRODUCTION DIRECTED TO DEFENDANT*

to be served upon:   BARRY M. WILLOUGHBY, ESQUIRE
                      Young, Conoway, Stargatt & Taylor, LLP
                      1000 West Street, 17th Floor
                      P.O. Box 391
                      Wilmington, DE   19899-0301

by first class mail, postage prepaid, to him at his address listed above on August __12__, 2005.

                      SCHMITTINGER & RODRIGUEZ, P.A.

                      BY: _____
                        NOEL E. PRIMOS, ESQUIRE
                        Bar I.D. #3124
                        414 S. State Street
                        P.O. Box 497
                        Dover, DE   19903
                        (302) 674-0140
                        Attorneys for Plaintiff

DATED: 8-12-05
NEP:pmw