IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE STEWART SIZER, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * C. A. No. 05-333 GMS |
| | * |
| INDEPENDENT NEWSPAPERS, | * |
| INC., a Delaware corporation, | * |
| | * |
| Defendant. | * |

NOTICE OF DEPOSITION OF NICOLE STEWART SIZER

TO:   Noel E. Primos, Esquire
Schmittinger & Rodriguez
414 South State Street
P.O. Box 497
Dover, DE 19903

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Nicole Stewart Sizer on Friday, September 23, 2005, beginning at 10:00 a.m., and continuing thereafter from hour to hour and day to day until completion. The deposition will be held in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ B___

Barry M. Willoughby, Esquire (No. 1016)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19879-0391
Telephone: (302) 571-6666; 5008
Facsimile: (302) 576-3345; 3476
bwilloughby@ycst.com
mdibianca@ycst.com
Attorneys for Defendant

Dated: September 9, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2005, I electronically filed a true and correct copy of the foregoing Notice of Deposition of Nicole Stewart Sizer and Certificate of Service with the Clerk of the Court using CM/ECF. A copy of such Notice of Deposition and Certificate of Service were mailed, First Class Mail, postage prepaid to the following person:

> Noel E. Primos, Esquire
> Schmittinger & Rodriguez
> 414 South State Street
> P.O. Box 497
> Dover, DE 19903

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/

Barry M. Willoughby, Esquire (No. 1016)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; 5008
Facsimile: (302) 576-3345; 3476
bwilloughby@ycst.com
mdibianca@ycst.com
Attorneys for Defendant

Dated: September 9, 2005