IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICOLE STEWART SIZER, | * | C.A. No. 05-333 GMS |
| Plaintiff, | * | |
| v. | * | |
| INDEPENDENT NEWSPAPERS, INC., a Delaware corporation, | * | |
| Defendant. | * | |

### NOTICE OF SERVICE

I hereby certify that I have caused copies of the following:

### INITIAL DISCLOSURES OF PLAINTIFF PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26

to be served upon:   BARRY M. WILLOUGHBY, ESQUIRE
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE   19899-0391

by mailing copies to him at his address listed above, postage prepaid, on _September 13_, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE   19903
(302) 674-0140
Attorneys for Plaintiff

DATED: 9-13-05
NEP:pmw