IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE STEWART SIZER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 05-333 GMS |
| ) | |
| INDEPENDENT NEWSPAPERS, INC., ) | |
| a Delaware Corporation, ) | |
| ) | |
| Defendant. | |

NOTICE OF SERVICE

I hereby certify that I have caused two copies of the foregoing Defendant's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a) to be served via first class mail upon:

> Noel E. Primos, Esquire
> 414 S. Street
> P.O. Box 497
> Dover, DE 19903

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ B—
> Barry M. Willoughby, Esquire (No. 1016)
> Margaret M. DiBianca, Esquire (No. 4539)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware 19879-0391
> Telephone: (302) 571-6666; 5008
> Facsimile: (302) 576-3345; 3476
> bwilloughby@ycst.com
> mdibianca@ycst.com
> Attorneys for Defendant

Dated: September 14, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE STEWART SIZER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 05-333 GMS |
| ) | |
| INDEPENDENT NEWSPAPERS, INC., ) | |
| a Delaware Corporation, ) | |
| ) | |
| Defendant. | |

### CERTIFICATE OF SERVICE

I hereby certify that I have caused two copies of the foregoing Defendant's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a) and this Certificate of Service to be served via first class mail upon:

Noel E. Primos, Esquire
414 S. Street
P.O. Box 497
Dover, DE 19903

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/
Barry M. Willoughby, Esquire (No. 1016)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19879-0391
Telephone: (302) 571-6666; 5008
Facsimile: (302) 576-3345; 3476
bwilloughby@ycst.com
mdibianca@ycst.com
Attorneys for Defendant

Dated: September 14, 2005