IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE STEWART SIZER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 05-333 GMS |
| ) | |
| INDEPENDENT NEWSPAPERS, INC., ) | |
| a Delaware Corporation, ) | |
| ) | |
| Defendant. | |

### NOTICE OF SERVICE

I hereby certify that I have caused two copies of **Defendant's First Request for Admissions** to be served via first class mail upon:

>   Noel E. Primos, Esquire
>   Schmittinger & Rodriguez, P.A.
>   414 S. Street
>   P.O. Box 497
>   Dover, DE 19903

>   YOUNG CONAWAY STARGATT & TAYLOR, LLP

>   /s/ B--
>   _____
>   Barry M. Willoughby, Esquire (No. 1016)
>   Margaret M. DiBianca, Esquire (No. 4539)
>   The Brandywine Building
>   1000 West Street, 17th Floor
>   P.O. Box 391
>   Wilmington, Delaware 19879-0391
>   Telephone: (302) 571-6666; 5008
>   Facsimile: (302) 576-3345; 3476
>   bwilloughby@ycst.com
>   mdibianca@ycst.com
>   Attorneys for Defendant

Dated: September 27, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE STEWART SIZER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 05-333 GMS |
| ) | |
| INDEPENDENT NEWSPAPERS, INC., ) | |
| a Delaware Corporation, ) | |
| ) | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2005, I electronically filed a true and correct copy of the foregoing **Notice of Service of Defendant's First Request for Admissions** and this Certificate of Service with the Clerk of the Court using CM/ECF. A copy of such Notice of Service and Certificate of Service were mailed, First Class Mail, postage prepaid to the following person:

Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Barry M. Willoughby, Esquire (No. 1016)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; 5008
Facsimile: (302) 576-3345; 3476
bwilloughby@ycst.com
mdibianca@ycst.com
Attorneys for Defendant

Dated: September 27, 2005