IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NICOLE STEWART SIZER,                )
                                     )
            Plaintiff,               )
                                     )
vs.                                  )        Civil Action No. 05-333 GMS
                                     )
INDEPENDENT NEWSPAPERS, INC.,        )
a Delaware Corporation,              )
                                     )
            Defendant.               )

NOTICE OF SERVICE

I hereby certify that I have caused two copies of **Defendant's Second Set of**

**Interrogatories Directed to Plaintiff** to be served via first class mail upon:

> Noel E. Primos, Esquire
> Schmittinger & Rodriguez, P.A.
> 414 S. Street
> P.O. Box 497
> Dover, DE  19903

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Barry M. Willoughby, Esquire (No. 1016)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19879-0391
Telephone: (302) 571-6666; 5008
Facsimile: (302) 576-3345; 3476
bwilloughby@ycst.com
mdibianca@ycst.com
Attorneys for Defendant

Dated:  September 27, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NICOLE STEWART SIZER,      )
                            )
      Plaintiff,      )
                            )
vs.                     )     Civil Action No. 05-333 GMS
                            )
INDEPENDENT NEWSPAPERS, INC.,  )
a Delaware Corporation,      )
                            )
      Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2005, I electronically filed a true and correct copy of the foregoing **Notice of Service of Defendant's Second Set of Interrogatories Directed to Plaintiff** and this Certificate of Service with the Clerk of the Court using CM/ECF. A copy of such Notice of Service and Certificate of Service were mailed, First Class Mail, postage prepaid to the following person:

Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Barry M. Willoughby, Esquire (No. 1016)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6666; 5008
Facsimile: (302) 576-3345; 3476
bwilloughby@ycst.com
mdibianca@ycst.com
Attorneys for Defendant

Dated: September 27, 2005

DB01:1861762 1               040111 1008