IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICOLE STEWART SIZER, | * | C.A. No. 05-033-6MS |
| Plaintiff, | * | ARBITRATION CASE |
| v. | * | TRIAL BY JURY DEMANDED |
| INDEPENDENT NEWSPAPERS, INC., a Delaware corporation, | * | |
| Defendant. | * | |

**ORDER**

This _____ day of _____, 2005, Plaintiff's Motion to Amend Complaint having been considered and said Motion being well-taken,

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff shall be allowed to file the Amended Complaint filed with the Motion. The Amended Complaint is deemed filed as of the date of this Order.

_____
THE HONORABLE GREGORY M. SLEET