CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the following:

*MOTION TO AMEND*

*ORDER*
and
*FIRST AMENDED COMPLAINT*

to be served upon:   Barry M. Willoughby, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE   19899-0391

by electronic service on _September 29_, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.
BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE   19903
(302) 674-0140
Attorneys for Plaintiff

DATED: 9-29-05
NEP:pmw