IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICOLE STEWART SIZER, | ) | C. A. No. 05-333 GMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INDEPENDENT NEWSPAPERS, | ) | |
| INC., a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION

TO:  Noel E. Primos, Esquire
     Schmittinger & Rodriguez
     414 South State Street
     P. O. Box 497
     Dover, DE 19903

       PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(b)(6), Defendant will take the oral deposition of the person designated by the Delaware Department of Labor, Julie Cutler, as the person most knowledgeable about the Delaware Department of Labor's investigation of Plaintiff's charge of discrimination against Defendant. This deposition shall commence on December 6, 2005, at 11:00 a.m., in the law offices of Young, Conaway, Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, Delaware.

       YOUNG CONAWAY STARGATT & TAYLOR, LLP

       /s/ Margaret M. DiBianca
       Barry M. Willoughby, Esquire (No. 1016)
       Margaret M. DiBianca, Esquire (No. 4539)
       The Brandywine Building
       1000 West Street, 17th Floor
       P.O. Box 391
       Wilmington, Delaware  19879-0391
       Telephone: (302) 571-6666; 5008
       Facsimile: (302) 576-3345; 3476
       bwilloughby@ycst.com
       mdibianca@ycst.com
       Attorneys for Defendant

Dated:  November 10, 2005
cc:     Ms. Julie Cutler, Department of Labor
        Wilcox & Fetzer, Ltd.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2005, I electronically filed a true and correct copy of Notice of Deposition with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Noel E. Primos, Esquire
> Schmittinger & Rodriguez
> 414 South State Street
> P. O. Box 497
> Dover, DE 19903

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> /s/ Margaret M. DiBianca
> Barry M. Willoughby, Esquire (No. 1016)
> Margaret M. DiBianca, Esquire (No. 4539)
> The Brandywine Building
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, Delaware  19879-0391
> Telephone: (302) 571-6666; 5008
> Facsimile: (302) 576-3345; 3476
> bwilloughby@ycst.com
> mdibianca@ycst.com
> Attorneys for Defendant

Dated:   November 10, 2005