IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICOLE STEWART SIZER, | ) | C.A. No. 05-333 GMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INDEPENDENT NEWSPAPERS, INC. | ) | |
| A Delaware Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITIONS

TO:  Barry M. Willoughby, Esquire
    Young Conaway Stargatt & Taylor
    1000 West Street, 17th Floor
    P.O. Box 391
    Wilmington, DE 19899-0391

PLEASE TAKE NOTICE that the undersigned attorney will take the oral depositions of **Tamra Brittingham** on Friday, December 9, 2005 beginning at 9:00 a.m. and **Wanda Ford Waring** on Friday, December 9, 2005 beginning at 11:00 a.m. at the law offices of Schmittinger & Rodriguez, P.A., 410 S. State Street, Dover, DE 19901.

SCHMITTINGER & RODRIGUEZ, PA.

BY: _____
NOEL E. PRIMOS
Bar I.D. # 3124
414 S. State Street
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Attorney for Plaintiff

DATED: 11-14-05
cc: Cheryl Anthony, Court Reporter