## CERTIFICATE OF SERVICE

I certify that I have caused copies of the foregoing:

### Notice of Depositions

to be served upon:

Barry M. Willoughby
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

via electronic service on November ___14___, 2005.

                                              SCHMITTINGER & RODRIGUEZ, P.A.

                                              BY: _____
                                              NOEL E. PRIMOS
                                              Bar I.D. # 3124
                                              414 S. State Street
                                              P.O. Box 497
                                              Dover, DE 19903
                                              (302) 674-0140
                                              Attorney for Plaintiff

NEP:lm