## CERTIFICATE OF SERVICE

I certify that I have caused copies of the foregoing:

### Re-Notice of Depositions

to be served upon:

Barry M. Willoughby
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

via electronic service on December ___7th___, 2005

                              SCHMITTINGER & RODRIGUEZ, P.A.
                              BY:_____
                              NOEL E. PRIMOS
                              Bar I.D. # 3124
                              414 S. State Street
                              P.O. Box 497
                              Dover, DE 19903
                              (302) 674-0140
                              Attorney for Plaintiff

NEP:lm