IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICOLE STEWART SIZER, | ) | C. A. No. 05-333 GMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INDEPENDENT NEWSPAPERS, | ) | |
| INC., a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### RE-NOTICE OF DEPOSITION

TO:  Noel E. Primos, Esquire
     Schmittinger & Rodriguez
     414 South State Street
     P. O. Box 497
     Dover, DE 19903

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30(b)(6), Defendant will take the oral deposition of the person designated by the Delaware Department of Labor, Julie Cutler, as the person most knowledgeable about the Delaware Department of Labor's investigation of Plaintiff's charge of discrimination against Defendant. This deposition shall commence on December 13, 2005, at 4:30 p.m., in the law offices of Young, Conaway, Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, Delaware.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Margaret M. DiBianca
Barry M. Willoughby, Esquire (No. 1016)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19879-0391
Telephone: (302) 571-6666; 5008
Facsimile: (302) 576-3345; 3476
bwilloughby@ycst.com
mdibianca@ycst.com
Attorneys for Defendant

Dated: December 12, 2005
cc:    Ms. Julie Cutler, Department of Labor
       Wilcox & Fetzer, Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2005, I electronically filed a true and correct copy of Notice of Deposition with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Noel E. Primos, Esquire
>Schmittinger & Rodriguez
>414 South State Street
>P. O. Box 497
>Dover, DE 19903

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ Margaret M. DiBianca
>---
>Barry M. Willoughby, Esquire (No. 1016)
>Margaret M. DiBianca, Esquire (No. 4539)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware 19879-0391
>Telephone: (302) 571-6666; 5008
>Facsimile: (302) 576-3345; 3476
>bwilloughby@ycst.com
>mdibianca@ycst.com
>Attorneys for Defendant

Dated: December 12, 2005