IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

NICOLE STEWART SIZER,                )        C.A. No. 05-333 GMS
                                     )
                Plaintiff,           )
                                     )
        v.                           )
                                     )
INDEPENDENT NEWSPAPERS, INC.         )
A Delaware Corporation,              )
                                     )
                Defendants.          )

## VACATION OF DEPOSITIONS

PLEASE TAKE NOTICE that the oral depositions previously scheduled of Tamra

Brittingham on Thursday, January 12, 2006, beginning at 9:00 a.m. and Wanda Ford Waring on

Thursday, January 12, 2006 beginning at 11:00 a.m., have been vacated.

SCHMITTINGER & RODRIGUEZ, P.A.

BY:_____
    NOËL E. PRIMOS, ESQUIRE
    Bar I.D. # 3124
    414 S. State Street
    P.O. Box 497
    Dover, DE 19903
    (302) 674-0140
    Attorney for Plaintiff

DATED:
cc: Cheryl Anthony, Court Reporter