## CERTIFICATE OF SERVICE

I certify that I have caused copies of the foregoing:

**Vacation of Deposition of Tamra Brittingham and Wanda Ford Waring**

to be served upon:

Barry M. Willoughby
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

via electronic service on January \_\_\_11\_\_\_, 2006.

                                                SCHMITTINGER & RODRIGUEZ, P.A.

                                                BY: _____
                                                      NOEL E. PRIMOS
                                                      Bar I.D. # 3124
                                                      414 S. State Street
                                                      P.O. Box 497
                                                      Dover, DE 19903
                                                      (302) 674-0140
                                                      Attorney for Plaintiff

NEP:lmm