IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

NICOLE STEWART SIZER, )
)
Plaintiff, )
)
v. ) C. A. No. 05-333 GMS
)
INDEPENDENT NEWSPAPERS, INC., )
)
Defendant. )
)

## STIPULATION OF DISMISSAL

The parties, by and through the undersigned counsel, hereby stipulate and agree

that the above-captioned matter is hereby dismissed, with prejudice. Each party shall bear its

own costs and attorneys' fees.

SCHMITTINGER & RODRIGUEZ, P.A.                YOUNG CONAWAY STARGATT & TAYLOR, LLP


_____              By:_____
Noel E. Primos, Esquire                          Barry M. Willoughby, I.D. #1016
414 South State Street                            The Brandywine Building
P.O. Box 497                                      1000 West Street, 17th Floor
Dover, DE 19903                                   P.O. Box 391
(302) 674-0140                                    Wilmington, DE 19801
Attorney for Plaintiff                            (302) 571-6666
                                                  Attorneys for Defendant

So ordered this _____ day of _____, 2005.

_____
**Hon. Sleet, J**

DB01:1944772 2

040111 1008