IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NICOLE STEWART SIZER, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-333-GMS |
| : | |
| INDEPENDENT NEWSPAPERS, INC., : | |
| a Delaware Corporation, : | |
| : | |
| Defendant. : | |

## ORDER

At Wilmington this **1st** day of **February, 2006**,

IT IS ORDERED that the mediation conference scheduled for Monday, April 3, 2006 beginning at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE